UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| GIBRON LOPEZ, | |
|---|---|
| Petitioner, | 21 Civ. 1858 (KPF) |
| -v.- | 16 Cr. 323-2 (KPF) |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

KATHERINE POLK FAILLA, District Judge:

By Order dated March 3, 2021, the Court appointed counsel under the Criminal Justice Act to assist Petitioner with the reconstruction of his case file with the ultimate goal of supplementing Petitioner's motion brought pursuant to 28 U.S.C. § 2255, and on March 12, 2021, appointed Michael Martin under the Criminal Justice Act to represent Petitioner Gibron Lopez in this matter. (Dkt. #3-4). Given the time that has elapsed since the appointment of counsel, the parties are ORDERED provide a status update on or by June 15, 2021.

SO ORDERED.

Dated: June 1, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge