

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2023

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



Re:    *United States v. Gibron Lopez, et al.*, 16 Cr. 323 (KPF)
       *Gibron Lopez v. United States*, 21 Civ. 1858 (KPF)

Dear Judge Failla:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:        /s/
Christopher J. DiMase
Assistant United States Attorney
Tel.: (212) 637-2433

Application GRANTED.  The Clerk of Court is directed to terminate Mr. DiMase from the dockets in 21 Civ. 1858 and 16 Cr. 323.  The Court wishes Mr. DiMase the best in his future endeavors.

Dated:    June 16, 2023
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE